**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER MELENDEZ, | ) NO. CV 16-4237-JAK(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE PEOPLE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED: June 20, 2016.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE